UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00175-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ARMANDO GARCIA-FRANCO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea hearing set for Thursday, September 1, 2011 is **VACATED** due to the parties' failure to submit the plea agreement <u>72 HOURS</u> before the hearing date, as required by the Court's Minute Order of August 1, 2011 [ECF No. 13].

    The parties shall jointly contact chambers to reset the Change of Plea hearing.

    **A subsequent failure to comply with Court orders will result in the imposition of sanctions without further notice to the parties.**

    Dated:  August 30, 2011