**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | January 9, 2012 | Probation: | Gary Kruck and Tom Meyer |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Marcela Salazar |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **11-cr-00175-WYD and
03-cr-00602-WYD**

Counsel:

UNITED STATES OF AMERICA,                  Kurt J. Bohn

      Plaintiff,

v.

**1.  ARMANDO GARCIA-FRANCO**,              Robert W. Pepin

      Defendant.

**SENTENCING and SUPERVISED RELEASE VIOLATION HEARINGS**

**10:09 a.m.**   Court in Session - Defendant present (in-custody)

    **Change of Plea Hearing - Thursday, September 8, 2011, at 3:00 p.m.
    Plea of Guilty - one-count Indictment**

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

10:13 a.m.   Statement on behalf of Defendant (Mr. Pepin).

10:15 a.m.   Statement by Defendant on his own behalf (Mr. Garcia-Franco).

    Court makes findings.

    Court accepts plea of guilty pursuant to F.R.Cr.P. 11(c)(1)(C).

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 22), filed December 21, 2011, is **GRANTED.**

   Order is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant's Motion for Variance (ECF Doc. No. 25), filed December 28, 2011, is **GRANTED.**

**ORDERED:**   Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:**   Upon release from imprisonment, no term of **supervised release** is imposed.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

### 03-cr-00602-WYD Supervised Release Violation Hearing

10:23 a.m.   Statement on behalf of Defendant admitting to violations (Mr. Pepin).

10:33 a.m.   Statement on behalf of Government (Mr. Bohn).

10:39 a.m.   Statement on behalf of Probation (Mr. Meyer).

10:43 a.m.   Statement by Defendant on his own behalf (Mr. Garcia-Franco).

   Court makes findings and finds that defendant has violated conditions of supervised release.

**ORDERED:**   Supervised release is **REVOKED.**

**ORDERED:**   Defendant be **imprisoned** for **9** months, to run consecutive to the sentenced in United States District Court case number 11-cr-00175-WYD.

**Court RECOMMENDS that the Bureau of Prisons credit defendant for 0 days spent in custody.**

**ORDERED:** Upon release from imprisonment, no term of **supervised release** shall be imposed.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:47 a.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  :38**